UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESLEY FERNANDO SILVA DOS PASSOS, *on behalf of himself,*

          Plaintiff,

v.

TORISHIKI USA CORP.
   d/b/a TORIEN, and
JULIAN HAKIM

          Defendants.

Case No.: 23-cv-01605

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff WESLEY FERNANDO SILVA DOS PASSOS hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment dated August 1, 2023, and annexed hereto as **Exhibit A**.

Dated: August 2, 2023

                              Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant's counsel of record in this matter:

HOWARD MATALON
OLENDERFELDMAN LLP
1180 Avenue of the Americas, 8th Floor
New York, New York 10036
(908) 964-2424
hmatalon@olenderfeldman.com
*Attorney for Defendant*

By: _____
C.K. Lee, Esq.