| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  8/7/2023 |

WESLEY FERNANDO SILVA DOS PASSOS, *on behalf of himself,*

              Plaintiff,

v.

TORISHIKI USA CORP.
   d/b/a TORIEN, and
JULIAN HAKIM

             Defendants.

Case No.: 23-cv-01605

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant TORISHIKI USA CORP. d/b/a TORIEN ("Defendant"), having offered to allow Plaintiff WESLEY FERNANDO SILVA DOS PASSOS ("Plaintiff") to take a judgment against it, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00) ("Judgement Amount"), to resolve all of Plaintiff's individual claims against Defendant in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated August 1, 2023 and filed as Exhibit A to Docket Number 18;

    **WHEREAS**, on August 2, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 18);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff WESLEY FERNANDO SILVA DOS PASSOS, in the sum of $15,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated August 1, 2023 and filed as Exhibit A to Docket Number 18. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____August 7\_\_\_, 2023         _____
         New York, New York                                  U.S.D.J.

*Mary Kay Vyskocil*